No. 85–791.   O'DELL *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–1445.   DEAS ET AL. *v.* PACCAR, INC.   C. A. 11th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–1454.   WILL ET AL. *v.* COMPREHENSIVE ACCOUNTING CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–1177.   MILLER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.